IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 304,<br><br>Plaintiffs,<br><br>v.<br><br>WHITING-TURNER CONTRACTING COMPANY, a California Corporation,<br><br>Defendant. | No. C 05-02474 WHA<br><br>**ORDER DENYING REQUEST FOR CONDITIONAL DISMISSAL** |

The parties' request for a conditional 90-day dismissal of this case without prejudice is **DENIED**. If and when parties reach a final settlement, they are **ORDERED** to submit a stipulated dismissal request.

**IT IS SO ORDERED.**

Dated: November 17, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE